## Commonwealth v. Anders, Appellant.

Argued December 14, 1967. *Gerald P. Sigal,* Special Assistant Public Defender, with him *Emmanuel H. Dimitriou,* Public Defender, for appellant; *Ralph J. Althouse,* Assistant District Attorney, with him *W. Richard Eshelman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.